IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kane James Vogel,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　　Respondents. | No.　CV-24-00400-TUC-SHR (JEM)<br><br>**ORDER ADOPTING R&R** |

On June 2, 2025, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Kane Vogel's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. (Doc. 12.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with Judge Marner's analysis. Accordingly,

**IT IS ORDERED** the R&R (Doc. 12) is **ADOPTED** and Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** and **DISMISSED**.

. . . .

. . . .

1    **IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly
2    and close this case.
3        Dated this 26th day of August, 2025.

Honorable Scott H. Rash
United States District Judge